## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Gregory Warren v. City of Chicago, et al.,

Case Number: 19 CV 1089

An appearance is hereby filed by the undersigned as attorney for:

Defendants Bolton, Jones, Nichols, Jr., Gonzalez, and Smith, Jr.

Attorney name (type or print): Kelly M. Olivier

Firm: Hale & Monico LLC

Street address: 53 West Jackson, Suite 337

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6309826
(See item 3 in instructions)

Telephone Number: (312) 341-9646

Email Address: kolivier@halemonico.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/5/2021

Attorney signature: S/ Kelly M. Olivier
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015